**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00266-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOSE REYES, JR.,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Reyes is set **Thursday, April 25, 2013 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 18, 2013